

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff (Petitioner)<br>vs.<br>SANDRA J. WEAVER<br>Defendant (Respondent) | CASE and/or Docket No.:<br>2:20-CV-06208<br>Sheriff's Sale Date: |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS:** SUMMONS AND COMPLAINT

I, DENISE HINKLE, certify that I eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served SANDRA J. WEAVER the above process on 1/27/2021, at 4:50 PM, at 239 MEADOW LANE QUARRYVILLE, PA 19363, County of CHESTER, Commonwealth of PENNSLYVANIA:

**Manner of Service:**

☒ **Individual** - By handing a copy to the Defendant(s)

Description: Approximate Age <u>61-65</u>  Height <u>5ft 0in - 5ft 3in</u>  Weight <u>211 lbs - 230 lbs</u>  Race <u>WHITE</u>  Sex <u>FEMALE</u>
            Hair <u>Brown/Gray</u>

Commonwealth/State of PENNSYLVANIA     ) SS:
County of __Berks__                    )

Before me, the undersigned notary public, this day, personally, appeared DENISE HINKLE to me known, who being duly sworn according to law, deposes the following:
I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this _28_ day of _Jan_ 20_21_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp., Berks County
My commission expires November 18, 2021

File Number: USA-210603
Case ID #: 5985455