**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>     Plaintiff<br>v.<br>SANDRA J. WEAVER<br>     Defendant | Civil Action No: 2:20-cv-06208 |

**ORDER**

AND NOW, this  14th  day of  July , 2021, it is hereby ORDERED and DECREED that the Consent Judgment, attached as Exhibit A and the Order B, be made an Order of this Court.

*/s/ [signature]*

J.