UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Plaintiff<br><br>vs.<br><br>SANDRA J. WEAVER<br><br>　　　　　　　Defendant | CIVIL NO. 2:20-cv-06208 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2(c)(2)**

　　　　Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

( x )　　Personal Service by the Sheriff's Office/competent adult (copy of return attached).
(   )　　Certified mail by Rebecca A. Solarz (original green Postal return receipt attached).
(   )　　Certified mail by Sheriff's Office.
(   )　　Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
(   )　　Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
(   )　　Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.
**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
(   )　　Premises was posted by Sheriff's Office/competent adult (copy of return attached).
(   )　　Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
(   )　　Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129.1 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　BY: Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff



IN THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA <br> Plaintiff (Petitioner) <br> vs. <br> SANDRA J. WEAVER, ET AL <br> Defendant (Respondent) | CASE and/or Docket No.: <br> 2-20-CV-06208 <br> Sheriff's Sale Date: <br> 10/19/2021 |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS:** NOTICE OF SALE

I, DENISE HINKLE, certify that I eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served SANDRA J. WEAVER, ET AL the above process on 9/12/2021, at 8:58 PM, at 239 MEADOW LANE QUARRYVILLE, PA 19363, County of CHESTER, Commonwealth of PENNSYLVANIA:

**Manner of Service:**

☑ **Substitute** - By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no family member was found*

Name: JODI TAYLOR
Relationship/Title/Position: DAUGHTER

Description: Approximate Age 36-40  Height 5ft 0in - 5ft 3in  Weight 231 lbs - 250 lbs  Race WHITE  Sex FEMALE
Hair BLACK & BROWN

Commonwealth/State of PENNSYLVANIA    ) SS:
County of _____Berks_____    )

Before me, the undersigned notary public, this day, personally, appeared DENISE HINKLE to me known, who being duly sworn according to law, deposes the following:
I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this __14__ day of __Sept__, 20__21__.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL Notary Public
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021

File Number: USA-210603
Case ID #: 6212304



KML Law Group, PC
701 Market St, Suite 5000
Philadelphia, PA  19106

PS form 3665
Type of Mailing:
CERTIFICATE OF MAILING
September 8, 2021

\*1333055\*

| List Number of Pieces Listed by Sender | Total Number of Pieces Received at Post office | Postmaster: Name of receiving employee | Dated: |
|---|---|---|---|
| 4 | |  | |

| Line | Reference | Tracking Number | Name, Street & P.O. Address | Postage | Fee |
|---|---|---|---|---|---|
| 1 | 628982 | 2363680031 | CHESTER COUNTY ADULT PROBATION AND PAROLE DEPARTMENT<br>2 N. High Street<br>Suite 403<br>West Chester, PA  19380 | $0.530 | $0.47 |
| 2 | 628985 | 2363680032 | Tenants / Occupants<br>8533 Hickory Hill Road<br>Oxford, PA  19363 | $0.530 | $0.47 |
| 3 | 628984 | 2363680033 | PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA  17105-2675 | $0.530 | $0.47 |
| 4 | 628983 | 2363680034 | DOMESTIC RELATIONS OF CHESTER COUNTY<br>117 West Gay Street<br>PO Box 2748<br>West Chester, PA  19380 | $0.530 | $0.47 |

**Totals**

[Postmark: SEP 0 8 2021  19092-9814]

KML Law Group, P.C.
P.O. Box 23159
San Diego, CA 92193-3159



71 96900 2484 0665 4502 0

WEAVER, SANDRA J.
8533 Hickory Hill Road
Oxford, PA 19363

**Mailed On:** 9/8/2021        **Order Number:** 0123841-01
**ClientID:**  KML_Law_000606  ER        **Reference Number:**    PA210603


GenericAddressInsert.doc

Rev. 12/19/2018

3

KML Law Group, P.C.
P.O. Box 23159
San Diego, CA 92193-3159



71 96900 2484 0665 4500 6

WEAVER, SANDRA J.
239 Meadow Lane
Quarryville, PA 19363

**Mailed On:** 9/8/2021     **Order Number:** 0123840-01
**ClientID:**  KML_Law_000606  ER     **Reference Number:**   PA210603


GenericAddressInsert.doc

Rev. 12/19/2018

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                             Plaintiff<br><br>vs.<br><br>SANDRA J. WEAVER<br><br>                             Defendant | CIVIL NO.  2:20-cv-06208 |

**AFFIDAVIT PURSUANT TO RULE 3129.1**

      THE UNITED STATES OF AMERICA, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

      8533 Hickory Hill Road
      Oxford, PA 19363

1. Name and address of Owner(s) or Reputed Owner(s):

      SANDRA J. WEAVER
      8533 Hickory Hill Road
      Oxford, PA 19363

      SANDRA J. WEAVER
      239 Meadow Lane
      Quarryville, PA 19363

2. Name and address of Defendant(s) in the judgment:

      SANDRA J. WEAVER
      8533 Hickory Hill Road
      Oxford, PA 19363

      SANDRA J. WEAVER
      239 Meadow Lane
      Quarryville, PA 19363

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

      CHESTER COUNTY ADULT PROBATION AND PAROLE DEPARTMENT
      2 N. HIGH STREET
      SUITE 403
      WEST CHESTER, PA 19380

        PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement
        Health and Welfare Bldg. - Room 432
        P.O. Box 2675
        Harrisburg, PA 17105-2675

        DOMESTIC RELATIONS OF CHESTER COUNTY
        117 West Gay Street
        PO Box 2748
        West Chester, PA 19380

4. Name and address of the last recorded holder of every mortgage of record:

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:

6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

        Tenants / Occupants
        8533 Hickory Hill Road
        Oxford, PA 19363

     I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED:  September 22, 2021

                                                                          _____
                                                                         KML Law Group, P.C.
                                                                         BY: Rebecca A. Solarz, Esq.
                                                                         Attorney for Plaintiff